# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| Farmers New World Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Rebecca Soulje, Wanda Willison, and Angela Montgomery,<br><br>Defendants<br><br>And related counterclaims. | Case No. 2:24-cv-01596-RFB-DJA<br><br>**Order** |

Before the Court is Plaintiff Farmers New World Life Insurance Company's motion for the Court to set an interpleader scheduling conference. (ECF No. 15). Farmers explains that it filed this action because it seeks to resolve actual and/or potential competing claims to a $75,000 death benefit due and owing under a life insurance that Farmers issued to the late Edward Montgomery. (*Id.*). On February 20, 2025, Defendant Wanda Willison filed her answer to the complaint, in which she asserted a crossclaim against Defendant Rebecca Soulje alleging forgery and insurance fraud. (ECF No. 14).

Local Rule 22-1 provides that

> In all interpleader actions, the plaintiff must file a motion requesting that the court set a scheduling conference. The motion must be filed within 30 days after the first defendant answers or otherwise appears. At the scheduling conference, the plaintiff must advise the court about the status of service on all defendants who have not appeared. In addition, the court and parties will develop a briefing schedule or discovery plan and scheduling order for resolving the parties' competing claims. If the plaintiff fails to prosecute the interpleader action by failing to file the motion required by this rule, the court may dismiss the action. No discharge will be granted, and no plaintiff will be dismissed before the scheduling conference takes place.

1    Farmers has filed its motion less than thirty days after the first defendant answered or
2  otherwise appeared. So, the Court grants Farmers' motion and sets this matter for a hearing.
3  Because Soulje and Defendant Angela Montgomery have not yet appeared in this case, the Court
4  will require Farmers to serve notice of this order on these Defendants.

6    **IT IS THEREFORE ORDERED** that Farmer's motion for a hearing (ECF No. 15) is
7  **granted.**
8    **IT IS FURTHER ORDERED** that an in-person interpleader scheduling conference is set
9  for **April 15, 2025, at 2:00 p.m.** in LV Courtroom 3A of the Lloyd D. George Federal
10 Courthouse before the Honorable Magistrate Judge Daniel J. Albregts.
11   **IT IS FURTHER ORDERED** that Farmers must serve a copy of this order on Rebecca
12 Soulje and Angela Montgomery and file a certificate of this service on the docket.
13   **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send a copy of
14 this order to Wanda Willison.

16   DATED: March 28, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE